# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GREENE and DEIRDRE JONES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GINO MORENA ENTERPRISES, LLC, a California limited liability company,<br><br>Defendants. | Case No. 13-cv-1332 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Jeffrey T. Miller |

Pursuant to the Joint Motion to Vacate Deadline to File Motion for Class Certification ("Joint Motion") submitted by the parties,

IT IS HEREBY ORDERED that the Joint Motion is **granted.**

**IT IS SO ORDERED.**

DATED: February 24, 2014

_____
JEFFREY T. MILLER
United States District Judge